## PATRICIA B. CROSS *v.* PAUL HUDON, CONSERVATOR (ESTATE OF HELEN A. BENNY), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 59 (AC 14730), is denied.

*Vincent F. Sabatini*, in support of the petition.

Decided October 17, 1996

## STATE OF CONNECTICUT *v.* GREG STRICKLAND

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 768 (AC 14593), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that neither the Practice Book nor the due process clause of the federal constitution provides a right of allocution during the revocation portion of a probation revocation proceeding?"

The Supreme Court docket number is SC 15550.

*Kent Drager*, assistant public defender, in support of the petition.

*Jack W. Fischer*, assistant state's attorney, in opposition.

Decided October 17, 1996